**UNITED STATES COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| KESLEY FOLIGNO,<br>Appellant | Case No. 16-3515 |
| v. | |
| MELINDA MEHIGAN, et al.<br>Appellee | |
| v. | On Appeal from the United States District Court, Eastern District of Pennsylvania |
| ASCENA RETAIL GROUP, INC., et al.<br>Appellee | Case No. 2:15-cv-724<br>Hon. Mark A. Kearney |

# APPELLANT KELSEY FOLIGNO'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Robert W. Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
rclore@bandaslawfirm.com

*Attorney for Appellant Kelsey Foligno*

TO THE HONORABLE COURT OF APPEALS:

## Introduction

Pursuant to FED. R. APP. P. 26(b) and Third Cir. L. A. R. 31.4, Appellant Kelsey Foligno respectfully requests a thirty (30) day extension of time to file her opening brief. This would be Appellant's first extension of time to file her opening brief.

Appellant's opening brief is currently due on January 9, 2017. The grant of a 30-day extension by the Court would place the due date for Appellant's opening brief on or before February 8, 2017.

## Good Cause Exists for a 30 Day Extension

There is good cause for the extension. Appellant's counsel has substantial engagement in other litigation, including no fewer than four appellate briefs due in January, 2017.

Specifically, Appellant's counsel has a reply brief due in another case, *Alexia Keil, et al. v. Blue Buffalo Co., Ltd.*, United States Court of Appeals for the Eighth Circuit, No. 16-3159, on behalf of Appellant Paul Lopez due on January 2, 2017.

Appellant's counsel also has an opening brief due in *Indirect Purchaser Plaintiffs, et al v. Toshiba*, United States Court of Appeals for the Ninth Circuit, No. 16-16371, on behalf of Appellant Sean Hull due on January 13, 2017.

Appellant's counsel also has an opening brief due in another case, *Napoleon Ebarle, et al. v. Lifelock, Inc.*, United States Court of Appeals for the Ninth Circuit, No. 16-16882, on behalf of Appellant Antonia Carrasco due on January 25, 2017.

Appellant's counsel is also providing trial assistance in various cases. Based on this extensive workload and other obligations (including family obligations for the holidays), it will not be possible to file Appellant's opening brief by the scheduled deadline of January 9, 2017, despite the exercise of diligence by Appellant's counsel.

Pursuant to L.A.R. 31.4, Appellant's counsel contacted opposing counsel William Pietragallo and Kevin Raphael for Plaintiffs-Appellees and Ezra Church for Defendants-Appellees and notified them in advance that this request for extension is being made.

**Conclusion & Prayer**

Based on the foregoing, Appellant respectfully requests that this Court grant an extension of thirty days in which to file Appellant's opening brief.

Dated: December 16, 2016 Respectfully submitted,

By: */s/ Robert Clore*

Robert Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
rclore@bandaslawfirm.com
*Attorney for Appellant Kelsey Foligno*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

/s/ *Robert Clore*
Robert Clore